```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
G.N.,                                                                  :
                                                                       :
                         Plaintiff,                                    :
                                                                       :              22 Civ. 5515 (JPC)
            -v-                                                        :
                                                                       :                    ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                                 :
et al.,                                                                :
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 16, 2022, the Court extended Defendants' deadline to respond to the Complaint until November 15, 2022. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until November 23, 2022. In the event that Defendants fail to respond to the Complaint by this new deadline, Plaintiff shall seek a certificate of default no later than November 30, 2022.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

                                                          _____
                                                                 JOHN P. CRONAN
                                                              United States District Judge